Peter Strojnik
7847 N. Central Ave
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

FILED
CLERK, U.S. DISTRICT COURT
Sept 1, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY    pd    DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# IN THE UNITED STATES DISTRICT COURT

# CALIFORNIA CENTRAL DISTRICT

| | |
|---|---|
| PETER STROJNIK,<br><br>     Plaintiff<br><br>          v.<br><br>KYLIE SCHUYLER and DOUGLAS HODGE, husband and wife,<br><br>     Defendants. | Case No. 8:25-cv-01944-JVS-(JDEx)<br><br>**NOTICE OF FILING INADVERTENTLY OMITTED EXHIBIT 1 TO COMPLAINT** |

    PLAESE TAKE NOTICE that the attached Exhibit 1, Consulting Agreement, was inadvertently omitted from the Complaint. Accordingly, Plaintiff submits the Attached Exhibit 1.

    Plaintiff regrets and apologizes to the reader for his omission, and requests that the Attached Exhibit 1 be considered attached to the original Complaint.

    RESPECTFULLY SUBMITTED this 1st day of September, 2025.

*/s/ Peter Strojnik*
_____
Peter Strojnik
Plaintiff

# CONSULTING AGREEMENT AND ASSIGNMENT

This Consulting Agreement ("Agreement") is entered effective on the 1st day of January, 2023 ("Effective Date"), by and between Peter Strojnik ("Consultant") Le Nid USA, Inc. ("Le Nid") (collectively "Parties").

**RELATIONSHIP BETWEEN THE PARTIES:** The Parties agree that the Consultant is an independent contractor. Under no circumstances shall the Consultant be considered an employee of Le Nid. This Agreement does not create a partnership between Le Nid and Consultant.

**CONSULTANT SERVICES:** Consultant shall provide to Le Nid expertise in all matters of strategic business endeavors and guidance as requested by Le Nid and its authorized officers and directors.

**CONSIDERATION FOR SERVICES:** Le Nid shall pay to Consultant a monthly fee of Ten Thousand Dollars ($10,000.00) payable on the last day of the month.

**IRREVOCABLE ASSIGNMENT:** Consultant hereby irrevocably assigns the entire Ten Thousand Dollars ($10,000.00) monthly consideration to Consultant's former spouse, Mrs. Tanya Strojnik, pursuant to spousal maintenance orders and judgments of the La Paz County Superior Court in the matter of *In Re The Marriage of Strojnik* (DO 2013-00120) and the UCC statements recorded pursuant thereto filed with the Arizona Secretary of State at No. 2013-175-9296-5. The payment shall be made to Tanya C. Strojnik and mailed to 7847 North Central Ave., Phoenix, Arizona 85020. Notwithstanding the assignment, the consideration for consulting services shall be income to Consultant and shall be so reported on IRS Form 1099.

**CONFIDENTIALITY:** The terms of this Agreement, and any information exchanged between the Parties shall be deemed a trade secret and shall be kept strictly confidential.

**TERM:** The initial Term of this Agreement commences on the Effective Date and will end on December 31, 2023. This Agreement automatically renew for successive one year periods unless either Party gives the other a notice of termination no later than October 31, of the then effective term. Notice may be given by email, text or any other documented method.

**TERMINATION:** This Agreement may be terminated by either Party for gross malfeasance or gross dereliction of obligations hereunder. This contract can be terminated by any party at any time.

**OWNERSHIP:** Services provided by Consultant shall be the exclusive property of Le Nid.

**GOVERNING LAW:** This Agreement shall be governed by and construed in accordance with the laws of the State of Arizona.

1

**SEVERABILITY:** In an event where any provision of this Agreement is found to be void and unenforceable by a court of competent jurisdiction, then the remaining provisions will remain to be enforced in accordance with the Parties' intention.

**ENTIRE AGREEMENT:** This Agreement contains the entire agreement and understanding among the Parties hereto with respect to the subject matter hereof, and supersedes all prior agreements, understandings, inducements and conditions, express or implied, oral or written, of any nature whatsoever with respect to the subject matter hereof. The express terms hereof control and supersede any course of performance and/or usage of the trade inconsistent with herewith.

**AMENDMENTS:** Any amendments made to this Agreement shall be in writing signed by both Parties.

**ACCEPTANCE:** This Agreement may be executed electronically.

LE NID USA, INC.                                        PETER STROJNIK

By _____                                  _____
Its Authorized Agent