AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
CLERK, U.S. DISTRICT COURT
10/10/2025
CENTRAL DISTRICT OF CALIFORNIA
BY    EC    DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

This summons for *(name of individual and title, if any)* __DOUGLAS HODGE__
was received by me on *(date)* __10.01.2025__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*
__JAMES LEYVA (Son-in-law)__ , a person of suitable age and discretion who resides there,
on *(date)* __10.09.2025__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
   Address where Served: 600 N. Pacific Coast Hwy, Laguna Beach, CA 92651.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __99.00__ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __10.09.2025__

*Peter Luna*
Server's signature

Peter Luna   Reg #6467 Orange County
Printed name and title

Address: 18034 Ventura Boulevard #240 Encino CA 91316
Phone: 818.916.0820
Server's address

Additional information regarding attempted service, etc:

[Print]  [Save As...]    [Reset]