Peter Strojnik
7847 N. Central Ave
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

FILED
CLERK, U.S. DISTRICT COURT
Nov 12, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ____pd____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## IN THE UNITED STATES DISTRICT COURT
## CALIFORNIA CENTRAL DISTRICT

| | |
|---|---|
| PETER STROJNIK,<br><br>Plaintiff<br><br>v.<br><br>KYLIE SCHUYLER and DOUGLAS HODGE, husband and wife,<br><br>Defendants. | Case No: 8:25-cv-01944-JVS-JDE<br><br>**DECLARATION OF DAMAGES** |

 Plaintiff's declares under the penalty of perjury that the allegations against Defendants are for a sum certain as alleged in the Complaint, that is, $300,000.00. As indicated in the Application for Default Judgment filed herewith, Plaintiff waives punitive damages and Count Six remedies for the purpose of the entry of final default judgment only.

 RESPECTFULLY SUBMITTED this 12th day of November, 2025

_____
Peter Strojnik
Plaintiff

Filed electronically through Court's Civil Intake program and emailed to JVS_Chambers@cacd.uscourts.gov on November 12, 2025

1