Jeffrey A. Feasby, State Bar No. 208759
Evan C. Flores, State Bar No. 325006
PEREZ VAUGHN & FEASBY Inc.
600 B Street, Suite 2100
San Diego, California 92101
Telephone: (619) 702-8044
Facsimile: (619) 460-0437
Email: feasby@pvflaw.com
       flores@pvflaw.com

Attorneys for Defendants
Kylie Schuyler and Douglas Hodge

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, | Case No. 8:25-cv-01944-JVS-JDE |
| Plaintiff, | Hon. James V. Selna |
| v. | **STIPULATION TO SET ASIDE DEFAULT** |
| KYLIE SCHUYLER, and DOUGLAS HODGE, | Courtroom: 10C |
| Defendants. | |

## STIPULATION

The parties hereto, by and through their undersigned counsel of record, enter into this stipulation with reference to the following facts:

Plaintiff Peter Strojnik filed this action on August 28, 2025. (Doc. 1.)

Plaintiff applied for entry of default against defendants Kylie Schuyler and Douglas Hodge on October 31, 2024. (Doc. 12.)

On November 12, 2025, the clerk entered default against defendants Kylie Schuyler and Douglas Hodge. (Doc. 13.)

On November 19, 2025, plaintiff filed a motion for entry of default judgment against defendants, which motion was noticed to be heard on January 5, 2026. (Doc. 21, 22.)

Defendants have since retained the undersigned counsel to represent them in this matter and seek to set aside the default entered against them.

The parties believe it would be in their best interests and the best use of their and the Court's resources to litigate this case on the merits.

Therefore, subject to Court approval, IT IS HEREBY STIPULATED by the parties hereto that the default entered against defendants on November 12, 2025 (Doc. 13) should be set aside and plaintiff's motion for default judgment (Doc. 21, 22) should be taken off calendar. The Court should also set a deadline for defendants Kylie Schuyler and Douglas Hodge to respond to the Complaint.

DATE: December 22, 2025

_____
Peter Strojnik
Plaintiff

DATE: December 22, 2025

PEREZ VAUGHN & FEASBY Inc.

_____
Jeffrey A. Feasby
Evan C. Flores
Attorneys for Defendants
Kylie Schuyler and Douglas Hodge

2
STIPULATION TO SET ASIDE DEFAULT