P. Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>Plaintiff,<br><br>vs.<br><br>KYLIE SCHUYLER and DOUGLAS HODGE,<br><br>Defendant. | Case No: 8:25-cv-01944-JVS<br><br>**OBJECTION TO DEFENDANT'S DOC. 28 MOTION TO DISMISS**<br><br>1) **Violation of LR 7-3**<br>2) **Violation of Court's Initial Order** |

Plaintiff Peter Strojnik hereby objects to Defendant's Doc. 28 Motion on the grounds that Defendant's counsel failed to properly meet and confer pursuant to LR 7-3 in that it was conducted by *e-mail only*, not telephone, videoconference or in-person. *See* Exhibit 1 at ¶3 (Decl. of Plaintiff). Given that Plaintiff has retained counsel, a proper meet and confer under local rule may have the possibility of saving the Court's valuable resources and time. Plaintiff further objects on the ground that Defendant failed to attach a copy of the challenged pleading to the Doc. 28 Motion to Dismiss, which violates the Court's Initial Order at 6:23-24. The Court's Initial Order plainly states as follows: "The moving party shall attach a copy of the challenged pleading to the Memorandum of Points and Authorities in support of the motion."  A review of Doc. 28-1 shows this was not done.

RESPECTFULLY SUBMITTED this 1st day of February, 2026.

_____
P. Kristofer Strojnik (242728)
Attorneys for Plaintiff