Jeffrey A. Feasby, State Bar No. 208759
Evan C. Flores, State Bar No. 325006
PEREZ VAUGHN & FEASBY Inc.
600 B Street, Suite 2100
San Diego, California 92101
Telephone: (619) 702-8044
Facsimile: (619) 460-0437
Email: feasby@pvflaw.com
        flores@pvflaw.com

Attorneys for Defendants
Kylie Schuyler and Douglas Hodge

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>            Plaintiff,<br><br>v.<br><br>KYLIE SCHUYLER, and DOUGLAS HODGE,<br><br>            Defendants. | Case No. 8:25-cv-01944-JVS-JDE<br><br>Hon. James V. Selna<br><br>**AMENDED NOTICE OF DEFENDANTS' MOTION TO DISMISS AND/OR STAY ACTION**<br><br>**[F.R.C.P. 12(b)(6), (7)]**<br><br>Date:      March 16, 2026<br>Time:      1:30 p.m.<br>Courtroom: 10C |

**TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the Motion to Dismiss and/or Stay Action previously noticed by defendants Kylie Schuyler and Douglas Hodge for hearing on February 23, 2026, at 1:30 p.m., has been continued by the Court to March 16, 2026, at 1:30 p.m. The hearing will take place at the location previously noticed, Courtroom 10C of the Ronald Reagan Federal Building and United States Courthouse located at 411 W. Fourth St., Santa Ana, California 92701, and the grounds set forth in defendants' original Notice of Motion.

DATE: February 2. 2026             PEREZ VAUGHN & FEASBY Inc.

/s/Jeffrey A. Feasby
Jeffrey A. Feasby
Evan C. Flores
Attorneys for Defendants
Kylie Schuyler and Douglas Hodge

AMENDED NOTICE OF DEFENDANTS' MOTION TO DISMISS AND/OR STAY ACTION