Jeffrey A. Feasby, State Bar No. 208759
Evan C. Flores, State Bar No. 325006
PEREZ VAUGHN & FEASBY Inc.
600 B Street, Suite 2100
San Diego, California 92101
Telephone: (619) 702-8044
Facsimile: (619) 460-0437
Email: feasby@pvflaw.com
        flores@pvflaw.com

Attorneys for Defendants
Kylie Schuyler and Douglas Hodge

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>Plaintiff,<br><br>v.<br><br>KYLIE SCHUYLER, and DOUGLAS HODGE,<br><br>Defendants. | Case No. 8:25-cv-01944-JVS-JDE<br><br>Hon. James V. Selna<br><br>**SUPPLEMENTAL DECLARATION OF JEFFREY A. FEASBY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND/OR STAY ACTION**<br><br>**[F.R.C.P. 12(b)(6), (7)]**<br><br>Date:    March 16, 2026<br>Time:    1:30 p.m.<br>Courtroom: 10C |

I, Jeffrey A. Feasby, declare as follows:

1.    I am an attorney at law, duly licensed to practice law in the State of California and admitted to practice in this Court, and I am the attorney at Perez Vaughn & Feasby Inc. that is primarily responsible for representing defendants Kylie Schuyler and Douglas Hodge in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify thereto, would do so competently.

1

2.    Plaintiff Peter Strojnik filed and had been pursing this case *in pro per*.

3.    On February 1, 2026, P. Kristofer Strojnik filed a notice of appearance as counsel for plaintiff. (Doc. 30.) Immediately thereafter, plaintiff filed an "Objection to Defendant's Doc. 28 Motion to Dismiss," in which it is claimed that defendants failed to properly meet and confer prior to filing their Motion to Dismiss and/or Stay Action. (Doc. 31.)

4.    On February 2, 2026, I exchanged emails with P. Kristofer Strojnik regarding this matter and plaintiff's objections. We spoke by telephone later that day in a further effort to meet and confer regarding defendants' motion. Unfortunately, the parties were not able to reach any agreement to narrow the issues raised by defendants' motion. At the end of the call, Mr. Strojnik indicated that he believed the call satisfied defendants' meet and confer obligations under Local Rule 7-3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5, 2026, at San Diego, California.

/s/Jeffrey A. Feasby
Jeffery A. Feasby

SUPPLEMENTAL DECLARATION OF JEFFREY A. FEASBY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND/OR STAY ACTION