P. Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER STROJNIK,<br><br>Plaintiff,<br><br>vs.<br><br>KYLIE SCHUYLER et al.,<br><br>Defendants. | Case No: 8:25-cv-01944-JVS<br><br>**_UNOPPOSED_ MOTION TO APPEAR REMOTELY AT MARCH 16 HEARING** |

Plaintiff respectfully requests to appear remotely at the March 16 hearing on Defendant's Motion to Dismiss the case. Plaintiff apologizes for making this request at this late date, but counsel sought to wait until whether the Court would be issuing a tentative, which it seems it will not be. The grounds for this Motion are that Plaintiff's counsel offices and resides in Phoenix, and the significant fees for travel will significantly outweigh any potential detriment, if any, that would be caused by a remote Zoom appearance. Rule 1's dictates may be served by permitting a remote appearance. *See* Exhibit 1 (Decl. of Counsel). This Motion is unopposed. *Id*.

RESPECTFULLY SUBMITTED this 12th day of March, 2026. .

By _____
Peter K. Strojnik (242728)
Attorneys for Plaintiff