Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (415) 450 0100

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KYLIE SCHUYLER and DOUGLAS HODGE,<br><br>　　　　　Defendant. | Case No: 8:25-cv-01944-JVS<br><br>**DECLARATION OF COUNSEL** |

Peter Kristofer Strojnik declares under penalty of perjury as follows:

1.　　I am competent to testify as to all of the facts set forth herein and will so testify if called upon to do so. I have personal knowledge of the matters set forth herein, based upon my observations and personal participation in the events described below.

2.　　I represent the Plaintiff in the above case. The above Plaintiff is Plaintiff's counsel's father, to provide some clarification due to the similar names.

3.　　I office and reside in Phoenix. I realize that my father filed the instant case in California and should expect to appear there, but he also has his choice of counsel, who happens to reside and office in Phoenix.

4.　　I will happily appear in person if the Court so requires, but this may save Plaintiff significant money in fees and travel costs. He is an elderly gentleman who's Consulting Agreement was breached. Opposing counsel advised that this Motion is unopposed via e-mail today.

5.      If the Court grants this Motion, I can obtain the Zoom information from the Court's Chambers Page. Should the Court not be inclined, I will gladly see the Court on March 16.

6.      I declare the foregoing is true and correct under the penalty of perjury to the best of my knowledge, recollection and information.

Further the declarant sayeth naught.

DATED this 12th day of March, 2026.

/s/ P. Kristofer Strojnik
Peter Kristofer Strojnik