**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER STROJNIK,<br><br>Plaintiff,<br><br>vs.<br><br>KYLIE SCHUYLER et al.,<br><br>Defendants. | Case No: 8:25-cv-01944-JVS<br><br>**[PROPOSED] ORDER** |

On Motion and good cause shown,

IT IS ORDERED permitting Plaintiff's counsel to appear remotely at the March 16, 2026 hearing on Defendant's Motion to Dismiss. Counsel is directed to Judge Selna's Chamber's Page for Zoom instructions.

DATED this _____ day of March, 2026.

By _____

Judge of the U.S. District Court